IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00131-WYD-PAC

WELDON "BILL" A. BELL,

     Plaintiff(s),

v.

THE VAIL CORPORATION, a Colorado corporation, and
JOHN DOE, a Vail corporation employee,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the plaintiff's Motion to Amend Caption [filed March 23, 2006; Doc. No. 3] is **GRANTED** as follows:

     The caption shall read: Weldon "Bill" A. Bell v. Vail Summit Resorts, Inc., a Colorado corporation, and John Doe, a Vail corporation employee.

Dated:  March 24, 2006