IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00131-WYD-PAC

WELDON "BILL" A. BELL,

     Plaintiff(s),

v.

THE VAIL CORPORATION, a Colorado corporation, and
JOHN DOE, a Vail corporation employee,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE   O. EDWARD SCHLATTER**

     IT IS HEREBY **ORDERED** that the Motion to Vacate Settlement Conference [filed January 8, 2007; Doc. No. 14] is **GRANTED** as follows:

     **IT IS ORDERED** that the Scheduling Order including the Settlement Conference set for January 11, 2007 is **vacated** as the parties have reached a settlement.

     IT IS **FURTHER ORDERED** that counsel shall file their Stipulation for Dismissal on or before **January 23, 2007.**

Dated:  January 9, 2007