IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00131-WYD-PAC

WELDON "BILL" A. BELL,

    Plaintiff(s),

v.

THE VAIL CORPORATION, a Colorado Corporation; and
JOHN DOE, a Vail Corporation employee,

    Defendant(s).

---

### ORDER

---

THIS MATTER is before the Court on the Plaintiff Weldon "Bill" Bell and Defendant Vail Summit Resorts, Inc.'s Stipulation of Dismissal with Prejudice, filed January 23, 2007. [#17].  The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between these two parties.  Plaintiff's claims against Defendant John Doe are not subject to the dismissal.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and the causes of action asserted against Defendant Vail Summit Resorts, Inc. are **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs and attorney's fees.

Dated: January 25, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge