IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00131-WYD-PAC

WELDON "BILL" A. BELL,

    Plaintiff(s),

v.

JOHN DOE, a Vail Corporation employee,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

    This matter is before the Court on a review of the file.  On January 25, 2007, Defendant Vail Summit Resorts, Inc. filed a Stipulation to Dismiss with Prejudice [Docket #17].  This Court granted Defendant Vail Summit Resorts, Inc.'s Motion by Order dated January 25, 2007 [Docket #18].  This action remained active, however, between Plaintiff and Defendant John Doe, a Vail Corporation employee.  On January 30, 2007, this court issued an Order to Show Cause why this action and Complaint should not be dismissed for failure to identify the Defendant before the deadline to amend the pleadings on or before February 12, 2007.  Plaintiff has failed to Respond to this Order to Show Cause.  After a careful review of the file, I conclude that the case dismissed.  Accordingly, it is

    ORDERED that this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated: February 14, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge